NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FACETOFACE BIOMETRICS, INC.,**

*Plaintiff-Appellant*

v.

**APPLE INC.,**

*Defendant-Appellee*

---

2023-1792

---

Appeal from the United States District Court for the Eastern District of Missouri in No. 4:22-cv-00429-CDP, Senior Judge Catherine D. Perry.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

June 26, 2023
  Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court

**ISSUED AS A MANDATE:** June 26, 2023